**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6612**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LASHON MAURICE GAITHER, a/k/a Sld Dft 5:05CR9-10-V, a/k/a
Morie,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:05-cr-00009-RLV-DCK-10)

Submitted:  November 6, 2009      Decided:  November 23, 2009

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lashon Maurice Gaither, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lashon Maurice Gaither appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gaither, No. 5:05-cr-00009-RLV-DCK-10 (W.D.N.C. Feb. 27, 2009); see United States v. Hood, 556 F.3d 226, 232-36 (4th Cir. 2009), cert. denied, __ U.S. __, 2009 WL 2496498 (U.S. Oct. 5, 2009) (No. 09-5868). We deny Gaither's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED